UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MELISSA BARKER, an individual, on behalf
of herself and all others similarly situated,

        Plaintiff,

    v.

KAPSCH TRAFFICCOM USA, INC., and
GILA, LLC,

        Defendants.

Case No. 19-cv-00987-TWP-MJD

## DEFENDANTS KAPSCH TRAFFICCOM USA, INC. AND GILA, LLC'S JOINT MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and Local Rule 7-1, Defendants Kapsch

TrafficCom USA, Inc. and Gila, LLC, by their undersigned attorneys, hereby move the Court to

dismiss Plaintiff's Complaint in its entirety, and with prejudice, for lack of subject matter

jurisdiction and failure to state a claim upon which relief can be granted, as set forth more fully in

the accompanying brief and supporting affidavits.

Dated: April 11, 2019                Respectfully submitted,

By: /s/ *Irina Kashcheyeva*
    Robert H. Griffith (admitted *pro hac*
    *vice*)
    Jonathan W. Garlough, #30329-45
    FOLEY & LARDNER LLP
    321 North Clark Street, Suite 2800
    Chicago, IL 60654-5313
    Telephone: (312) 832-5702
    Facsimile: (312) 832-4700
    Email: rgriffith@foley.com
    jgarlough@foley.com

By: /s/ Darren A. Craig
    Darren A. Craig, #25534-49
    FROST BROWN TODD LLC
    201 North Illinois Street, Suite 1900
    P.O. Box 44961
    Indianapolis, IN 46244-0961
    Telephone:  (317) 237-3800
    Facsimile:  (317) 237-3900
    Email:    dcraig@fbtlaw.com

    Attorneys for Defendant Kapsch Trafficcom
    USA, Inc.

Irina Kashcheyeva (admitted *pro hac vice*)
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
Telephone: 313-234-7170
Facsimile: 313-234-2800
ikashcheyeva@foley.com

Attorneys for Defendant Gila, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2019, a copy of the foregoing document was filed

electronically.  Service of this filing will be made on all ECF-registered counsel by operation of

the Court's electronic filing system.  Parties may access this filing through the Court's system.


/s/ *Irina Kashcheyeva*
Irina Kashcheyeva (admitted *pro hac vice*)
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
Telephone: 313-234-7170
Facsimile: 313-234-2800
ikashcheyeva@foley.com